SAMUEL LEVITEN, Respondent, v. WILLIAM SANDBANK et al., Defendants. MICHAEL LESSIN, Appellant.— Motion to dismiss appeal and for other relief denied, without costs. The court directs that the case be placed on the February calendar for reargument as to the security available to the attorney for the

payment of his lien and as to the justice, on the merits, of the terms set out in the order. [See 291 N. Y. 352, revg. 266 App. Div. 854.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante,* p. 391.]